| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| | MICHAEL H. RUBIN, State Bar No. 214636 |
| 2 | BART E. VOLKMER, State Bar No. 223732 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone:  (650) 493-9300 |
| 5 | Facsimile:   (650) 565-5100 |
| | dkramer@wsgr.com |
| 6 | |
| 7 | TONIA OUELLETTE KLAUSNER (Not Admitted) |
| | WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation |
| | 1301 Avenue of the Americas |
| 9 | 40th Floor |
| | New York, NY 10019 |
| 10 | Telephone:  (212) 999-5800 |
| | Facsimile:   (212) 999-5899 |
| 11 | |
| 12 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BEVERLY LEVINE, PHILLIP HALL, ERIN HILLMAN, THEODORE SPRADLEY; individuals, on behalf of themselves and others similarly situated, | ) ) ) ) ) | No.  C 11-02157-MEJ<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GOOGLE INC., a Delaware Corporation; | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Northern District of California Civil Local Rules 6-1, Plaintiffs Beverly Levine, Phillip Hall, Erin Hillman, and Theodore Spradley and Defendant Google Inc. jointly submit the following Stipulation Extending Google's Time to Answer, Move, or Otherwise Respond to Complaint.

1.  The undersigned parties agree and stipulated that Google Inc.'s deadline to answer, move, or otherwise respond to the Complaint shall be June 27, 2011.

Respectfully submitted,

DATED:  May 19, 2011

DAVID H. KRAMER
MICHAEL H. RUBIN
BART E. VOLKMER
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

TONIA OUELLETTE KLAUSNER
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

By: /s/ Michael H. Rubin
          Michael H. Rubin

*Attorneys for Defendant*

DATED:  May 19, 2011

WILLIAM M. AUDET
JOSHUA C. EZRIN
JONAS P. MANN
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555

| | |
|---|---|
| 1 | ROBERT SHELQUIST (Not Admitted) |
| 2 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200 |
| 3 | Minneapolis, MN 55401<br>Telephone: (612) 339-6900 |
| 4 | JOSEPH H. MALLEY (Not Admitted)<br>LAW OFFICES OF JOSEPH H. MALLEY |
| 5 | 1045 North Zang Blvd.<br>Dallas, TX 75208 |
| 6 | Telephone: (214) 943-6100 |
| 7 | By: /s/ Jonas P. Mann<br>         Jonas P. Mann |
| 8 | *Attorneys for Plaintiffs* |

**ECF CERTIFICATION**

I, Michael H. Rubin, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT.  I hereby attest that Jonas P. Mann concurred in this filing.

Dated:  May 19, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Michael H. Rubin
      Michael H. Rubin