William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Mariana S. Cole (CA State Bar #269939)
mcole@audetlaw.com
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555

*Counsel for Plaintiffs*
*(Additional Counsel on Signature Page)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BEVERLY LEVINE, PHILLIP HALL, ERIN HILLMAN, THEODORE SPRADLEY; individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware Corporation,<br><br>Defendant. | CASE No. 11-cv-02157 JSW<br><br>STIPULATION AND [PROPOSED] ORDER |
| JULIANN KING, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff, v.<br><br>GOOGLE INC., et al.<br><br>Defendant. | Case No. 11-cv-02167-PSG |

[PROPOSED] STIPULATION AND ORDER

| | |
|---|---|
| MARITSA URIAS and STAN HINES, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>              Defendant. | Case No. 11-cv-02230-JF |
| TRACEY LIPTON, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>GOOGLE INC,<br><br>              Defendant. | Case No. 11-cv-02427-HRL |

Subject to the Court's review and approval, IT IS HEREBY STIPULATED AND AGREED AND ORDERED as follows:

WHEREAS, the actions *Levine et al., v. Google Inc.*, Case No. 11-cv-02157 JSW, *King v. Google Inc.*, Case No. 11-cv-02167-PSG; *Urias, et al., v. Google Inc.*, Case No. 11-cv-02230-JF, and *Lipton v. Google Inc.*, Case No. 11-cv-02427-HRL are pending in the Northern District of California (collectively, the "Actions");

WHEREAS, on May 24, 2011, Defendant Google Inc. ("Google") filed an Administrative Motion to Consider Whether to Relate Cases ("Related Case Motion");

WHEREAS, the undersigned parties agree that the Actions are related, and therefore no plaintiff in any of the Actions filed an opposition to Google's Related Case Motion;

WHEREAS, the undersigned parties agree that the Actions should be consolidated for all purposes and proceed as contemplated herein;

WHEREAS, the undersigned parties that have appeared, through their respective counsel, have stipulated to the terms provided herein;

WHEREAS, on May 24, 2011, Google filed with the Judicial Panel for Multi-District Litigation ("JPML") a Motion to Transfer Actions to the United Stated District Court for the

1 | Northern District of California pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pretrial Proceedings in MDL Docket No. 2264 ("Google's Motion to Transfer") to transfer to this Court all similar cases pending in other jurisdictions for consolidated pretrial proceedings along with the Actions;

WHEREAS, Plaintiffs' counsel anticipate supporting MDL consolidation and transfer to this District;

WHEREAS, it is anticipated that additional related actions may be transferred to, removed to, or filed in this Court; and,

WHEREAS, the interests of fair and efficient administration of the Actions, the avoidance of unnecessary duplicative efforts and the avoidance of inconsistency in outcomes, warrants the consolidation of the Actions, entry of certain pretrial orders and the interim appointment of liaison counsel, and good cause appearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

**I.    RELATION, CONSOLIDATION AND TREATMENT OF SUBSEQUENT ACTIONS**

1. The Court finds that *Levine, et al., v. Google Inc.*, Case No. 11-cv-02157 JSW, *King v. Google Inc.*, Case No. 11-cv-02167 PSG; *Urias, et al., v. Google Inc.*, Case No. 11-cv-02230-JF, and *Lipton v. Google Inc.*, Case No. 11-cv-02427-HRL are related and hereby consolidates each action into *Levine, et al., v. Google Inc.*, Case No. 11-cv-02157 JSW, (referred to herein as the "Consolidated Action"). Each document filed by a party to this litigation shall bear the following caption:

| *In re Google, Inc., Android Consumer Privacy Litigation* | Case No. 11-cv-02157 JSW |

2. The terms of this Order shall apply to the Consolidated Action and to any and all actions later instituted in, removed to, or transferred to this Court that involve the same or substantially similar issues of law and fact, subject to the following procedures:

  a. When such a case is filed in, removed to, or transferred to this Court, and only after counsel call to the attention of the Court and the Clerk the filing or transfer of any such case that might be properly consolidated with this Consolidated Action, the Clerk of Court shall:

    (1) place a copy of this Order in the separate file for such action; and

    (2) make an appropriate entry on the docket for the Consolidated Action.

  b. Each new case that arises out of the same or similar subject matter to that of the Consolidated Action which is filed in or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party in such newly filed or transferred action objects to consolidation, as provided for herein, or any provision of this order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application.

  3. Counsel shall call to the attention of the Court and the Clerk the filing or transfer of any case that might properly be consolidated with the Consolidated Action. Mailing or other delivery of a copy of this Order by Defendants' counsel or Plaintiffs' Interim Class Counsel (see II. Below), as appropriate, to the counsel in any newly filed or transferred actions shall constitute valid notice thereof for purposes of establishing its applicability to such action in accordance herewith.

**II. ORGANIZATION OF PLAINTIFFS' COUNSEL AND INTERIM LIAISON COUNSEL**

  1. After the JPML issues its order on Google's Motion to Transfer, Plaintiffs shall use their best efforts to self-organize and recommend to the Court counsel to serve as Interim Class Counsel under FRCP 23(g). The recommendation for lead counsel obtained by self-ordering shall be submitted to the Court within ten (10) days of the issuance by the JPML of its order transferring all related actions to this Court. Any opposition to the recommendation shall be filed and served no later than 14 days after the filing of the recommendation with the Court

and any reply shall be filed no later than 7 days after the opposition. In all respects, the filings shall comply with Local Rule 7.1, *et al*.

2.  During the pendency of Google's Motion to Transfer, the Court hereby appoints William M. Audet, of Audet & Partners, LLP, as "Interim" Liaison Counsel. As Interim Liaison Counsel, Attorney Audet shall have the following duties:

   a.  To coordinate all proceedings, including preparing, structuring, and presenting pretrial and other management related orders;
   b.  To encourage full cooperation and efficiency among all counsel;
   c.  To act as spokesperson for Plaintiffs;
   d.  To perform such other duties as are necessary in connection with the prosecution of this litigation.

3.  Interim Liaison Counsel shall be the contact between Plaintiffs' counsel and Defendant's counsel as well as the spokesperson for Plaintiffs' counsel. All agreements reached with the Interim Class Counsel shall be binding on all other Plaintiffs' counsel in the Consolidated Action.

### III. FILING OF PLEADINGS AND DISCOVERY

1.  No defendant shall have an obligation to answer or otherwise respond to any complaint in any of the Consolidated Actions until after the JPML issues its order on Google's Motion to Transfer, plaintiffs have prepared and submitted to the Court for filing a consolidated Complaint, and the parties have agreed upon and the Court has endorsed a schedule for defendants' responses to the consolidated Complaint.

2.  The parties' discovery and disclosure obligations under the Federal Rules of Civil Procedure shall be suspended until after the JPML issues its order on Google's Motion to Transfer and the parties have agreed upon and the Court has endorsed a joint case management order with proposed deadlines for compliance.

### IV. STATUS CONFERENCE

Any Case Management Conferences previously set by Court shall be vacated.

## V. MODIFICATION OF THIS ORDER

This Order may only be modified, supplemented, or superseded by order of the Court, or, upon the Court's approval, by any party for good cause shown.

Dated June 8, 2011
AUDET & PARTNERS, LLP

_____/s/_____
William M. Audet
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568-2555
Facsimile: 415.568.2556
waudet@audetlaw.com

Robert Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Telephone: 612. 339.6900
rkshelquist@locklaw.com

Joseph H. Malley
LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Blvd
Dallas, TX 75208
Telephone: 214.943.6100
malleylaw@gmail.com

*Attorneys for Plaintiffs Beverly Levine, Phillip Hall, Erin Hillman and Theodore Spradley*

KAMBERLAW, LLP

_____/s/_____
Deborah Kravitz
141 North Street
Healdsburg, CA 95448
Telephone: 707.820.4247

Scott A. Kamber (not admitted)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: 212.920.3072
Facsimile: 212.202.6364
skamber@kamberlaw.com

David C. Parisi
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: 818.990.1299
Facsimile: 818.501.7852
dcparisi@parisihavens.com

*Attorneys for Plaintiff Juliann King*

LAW OFFICES OF SALIM KHAWAJA, APC

_____/s/_____
Salim Khawaja, Esq.
1010 Second Avenue, Suite 1750
San Diego, CA 92101
Telephone: 619.685.5300
Facsimile: 619.685.5344
salim@salimlaw.com
Jeremy R. Wilson
WILSON TROSCLAIR & LOVINS, P.L.L.C.
302 N. Market Street, Suite 510
Dal1as, Texas 75202
Telephone: 214.484.1930
Facsimile: 214.276.1475
jeremy@wltfirm.com

Majed Nachawati
FEARS NACHWATI LAW FIRM
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Telephone: 214.890.0711
Facsimile: 214.890.0712
mn@fnlawfirm.com

*Attorneys for Plaintiffs Martisa Urias and Stan Hines*

THE LAW OFFICES OF HOWARD W. RUBINSTEIN

_____/s/_____
Howard Rubinstein
Richard A. Proaps
8150 Greenback Lane, Bldg. 200
Fair Oaks, CA 95628
Telephone: 916.722.1665
Facsimile: 916.722.4881
rproaps@aol.com

7
STIPULATION AND [PROPOSED] ORDER

Joseph R. Whatley, Jr.
WHATLEY, DRAKE & KALLAS
1540 Broadway
37th Floor
New York, NY 10036
Telephone: 212.447.7070
Facsimile: 212.447.7077
jwhatley@wdklaw.com

Gilliam L. Wade
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone: 310.396.9600
Facsimile: 310.396.9635

*Attorneys for Plaintiff Tracey Lipton*

WILSON SONSINI GOODRICH & ROSATI

  */s/ Michael H. Rubin*
Michael H. Rubin
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650.493.9300
Facsimile: 650.565.5100

*Attorneys for Defendant, Google Inc.*

Pursuant to stipulation and for good cause shown IT IS SO ORDERED.

Dated:_____                    _____
                                                 Honorable Jeffrey White