IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY LEVINE, ET AL.,

    Plaintiff,

v.

GOOGLE, INC.,

    Defendant.

No. C 11-02157 JSW

**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Now before the Court for consideration is defendant Pandora Media, Inc.'s motion for reconsideration of the Court's declination to relate *Yuncker v. Pandora Media, Inc.*, No. 11-3113 CW to this matter.

The Court finds that the matter is related to the *Google* MDL matter and should be coordinated so as to avoid duplication of discovery and potentially conflicting rulings. However, the Court does not find that the *Yuncker* matter should be consolidated with the *Google* MDL matter at this time. The parties shall meet and confer in anticipation of the case management conference set for September 23, 2011 to determine how best to coordinate these actions and shall present a written plan to the Court by no later than September 16, 2011.

**IT IS SO ORDERED.**

Dated: September 13, 2011

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE